**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

SUPREME FUELS TRADING FZE, a
United Arab Emirates company,

      Plaintiff,

                                          Case No.: 9:23-cv-80633-CMA

v.

HARRY SARGEANT III, a Florida citizen,

      Defendant.

_____/

**<u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Harry Sargeant III ("Defendant") respectfully requests that this Court extend the deadline to respond to Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law and Statement of Undisputed Material Facts filed on December 18, 2023 (ECF Nos. 34 & 35) (collectively, the "Summary Judgment Motion"), and states the following in support:

1.      On May 17, 2023, this Court issued its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge.  (ECF No. 18, the "Scheduling Order").  The Scheduling Order includes a January 22, 2024 deadline to complete discovery and a February 6, 2024 deadline to file pre-trial motions.  In addition, a mediation conference in this case is scheduled for January 25, 2024.  (ECF No. 23.)   This case is set for trial during the two-week trial calendar beginning on May 20, 2024.

2.      On December 18, 2023, Plaintiff filed the Summary Judgment Motion.  (ECF Nos. 34 & 35).  Plaintiff's Statement of Undisputed Material Facts consists of 491 pages including exhibits.  (ECF No. 34).

3.      The current deadline for Defendant to respond to the Summary Judgment Motion is January 2, 2024.  In light of the upcoming holidays, as well as previously planned vacation time, Defendant needs additional time to prepare his response to the Summary Judgment Motion.

4.      Defendant requests an extension of three weeks, until January 23, 2024, to file his response to the Summary Judgment Motion.  This requested extension is one day after the

4871-9969-6024.2

January 22, 2024 close of discovery deadline and is in advance of the January 25, 2024 mediation conference and the February 6, 2024 deadline to file pre-trial motions.

5.     This extension of time will not prejudice the parties or the Court, in light of the fact that the deadlines contained in the Scheduling Order will remain unchanged.

6.     Accordingly, there is good cause for extending the deadline for Defendant to respond to Plaintiff's Summary Judgment Motion to January 23, 2024.  This request for an extension of time is not to unduly delay this matter or for other improper purposes, but rather to ensure that Defendant has sufficient time to respond to Plaintiff's Summary Judgment Motion.

**WHEREFORE**, Defendant respectfully request the Court enter an Order extending the time to respond to Plaintiff's Summary Judgment Motion as requested herein, and granting any further relief the Court deems proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that prior to the filing of this motion, counsel for Defendant conferred with Plaintiff's counsel, who agreed to the relief requested herein.

Dated:   December 21, 2023.                    Respectfully submitted,

/s/ Melissa B. Coffey
Melissa B. Coffey, Esq. (FBN 84090)
Florida Bar No. 84090
mcoffey@foley.com
Heather A. Lee (FBN 1011026)
hlee@foley.com
Foley & Lardner LLP
106 East College Avenue, Suite 900
Tallahassee, FL 32301-7732
Telephone: (850) 222-6100
Facsimile: (850) 561-6475

*Counsel for Defendant, Harry Sargeant III*

4871-9969-6024.2