# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

SUPREME FUELS TRADING FZE, a
United Arab Emirates company,

     Plaintiff,

v.

     Case No.: 9:23-cv-80633-CMA

HARRY SARGEANT III, a Florida citizen,

     Defendant.

_____/

## DECLARATION OF KEVIN KIRKEIDE

I, Kevin Kirkeide, hereby state and declare as follows:

1.     I am over the age of majority and am competent to make the statements in this declaration. The statements set forth herein are true, accurate, and based upon my personal knowledge as the Chief Financial Officer, Vice President, and Treasurer of International Oil Trading Company, LLC ("IOTC USA"). I provide this Declaration for use in the above-captioned case and for no other purpose. If called to testify at trial in this action, I would testify as set forth herein.

2.     I have been the Chief Financial Officer, Vice President, and Treasurer of IOTC USA since approximately September 2009. I am not a member of IOTC USA.

3.     IOTC USA was formed in January 2005. It is a Florida manager-managed limited liability company with its principal place of business in Palm Beach County, Florida. IOTC USA filed a certificate of fictitious name with the Florida Secretary of State to operate under the name IOTC USA. IOTC USA's current manager is Harry Sargeant III ("HS3").

4.     HS3 is not a member of IOTC USA.

1

5. International Oil Trading Company, Limited ("IOTC Bahamas") owns 100% of IOTC USA. Because IOTC USA is a wholly-owned subsidiary of IOTC Bahamas, as IOTC USA's Chief Financial Officer, Vice President, and Treasurer, I have personal knowledge of IOTC USA's relationship with IOTC Bahamas.

6. IOTC USA was formed as a special purpose entity to transport fuel throughout the Middle East pursuant to contracts (the "Contracts") with the Defense Energy Support Center (now known as Defense Logistics Agency Energy ("DLA Energy")), an agency of the United States government. Because these Contracts were completed, IOTC USA effectively has wound down its operations.

7. IOTC USA elected to obtain a credit facility with ABN Amro Bank N.V. ("ABN Amro") to fund these Contracts.

8. ABN Amro required the credit facility to be entered into by a Dutch entity, so International Oil Trading Company BV ("IOTC Netherlands") was formed as a sister company to IOTC USA, to utilize the credit facility to service the Contracts. A copy of the Credit Agreement between IOTC Netherlands and ABN Amro is attached hereto as **Exhibit 1**.

9. IOTC Netherlands was not created to pilfer IOTC USA's profits; ABN Amro simply required a Dutch entity to be the party to the credit facility. IOTC USA provided a $150 million guarantee to ABN Amro as security for the loan.

10. ABN Amro also required IOTC USA to assign its rights to the payment proceeds from DLA Energy to ABN Amro as further security. Thus, DLA Energy made payments directly to ABN Amro at ABN Amro's insistence, not at IOTC USA's request.

2

4868-0165-6985.2

11.     IOTC Netherlands recorded accounts payable on its corporate books to reflect the contract proceeds due to IOTC USA. IOTC USA likewise recorded accounts receivable on its corporate books to reflect the proceeds due to it from IOTC Netherlands.

12.     In 2008, a dispute arose between IOTC USA and DLA Energy regarding the contracts referenced above, and the Inspector General of the Department of Defense (the "IG") undertook an inquiry into IOTC USA's operations.

13.     In 2016, the IG closed its investigation without identifying any fraud vulnerabilities and declined to take judicial or administrative action against IOTC USA. A redacted copy of the letter from the IG announcing the termination of its investigation is attached hereto as **Exhibit 2.**

14.     IOTC Bahamas does not dominate or completely control IOTC USA. IOTC USA and IOTC Bahamas have always maintained separate corporate existences.

15.     IOTC USA has a registered agent and office in Florida and has filed its annual report each year since it was created.

16.     IOTC USA and IOTC Bahamas have never been account holders on the same bank account.

17.     IOTC USA maintained a corporate book, corporate minutes, balance sheets, financial statements, and, until March 2022, a bank account.

18.     IOTC USA has an employer identification number and an operating agreement.

19.     While it was operating, IOTC USA passed various formal resolutions regarding its operations.

20.     IOTC USA owned inventory and maintained insurance, including defense base act insurance, when it was operating.

3

4868-0165-6985.2

21.     HS3 does not completely control IOTC USA. For instance, HS3 did not solely control IOTC USA's bank accounts and did not comingle his own money with IOTC USA's money.

22.     I was responsible for making all transfers from IOTC USA's bank accounts during its operations.

23.     HS3 was not solely responsible for hiring or firing IOTC USA's employees or causing IOTC USA to enter into contractual relationships; Mustafa Abu Naba'a and I also could hire or fire employees or cause IOTC USA to enter into contractual relationships.

**28 U.S.C. § 1746 Declaration**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 9, 2024.

Kevin Kirkeide

4

4868-0165-6985.2

# EXHIBIT 1

**ABN AMRO**

<u>**CONFIDENTIAL**</u>

International Oil Trading Company B.V.
For the attn. of mr. R.L.A. van Lingen
Neulstraat 4-B
5492 DC Sint-Oedenrode

Postal address:
Corporate Clients Rotterdam
PAC GF1152
P.O. Box 949
3000 DD Rotterdam
The Netherlands
Faxnumber          : 31 10 4024425

**Department**
Trade and Commodity Finance

| **Reference** | **Phonenumber** | **Faxnumber** | **Date** |
|---|---|---|---|
| J.J. van Geelen | 31 10 40 25439 | 31 10 40 24425 | October 8, 2007 |

Re: Credit Agreement

Dear mr. Van Lingen,

Further to our discussion, we are pleased to offer the financing arrangement set out in the enclosed Credit Agreement.

The amendments to the existing credit arrangements have been indicated in the Credit Agreement as far as possible.

Our offer is valid until October 22th, 2007. If you wish to accept the offer, please return one copy of the Credit Agreement before that date, dated and duly signed in the appropriate place. You can keep the second copy of the Credit Agreement for filing purposes.

ABN AMRO will not consider to increase the credit facility any further without receiving current figures.

Yours sincerely,
ABN AMRO Bank N.V.

Enclosed:
- Credit Agreement in duplicate
- ABN AMRO General Credit Provisions
- Specimen Independent Corporate Guarante

ABN·AMRO

## CREDIT AGREEMENT

**The undersigned:**

1. International Oil Trading Company B.V., established in Sint Oedenrode, the Netherlands, hereinafter referred to as 'the Borrower',

2. ABN AMRO Bank N.V., having its registered office in Amsterdam, the Netherlands, hereinafter referred to as 'ABN AMRO'

**have agreed as follows:**

On the basis of the information supplied to ABN AMRO, the Borrower is granted a facility on the terms and conditions and at the rates and charges stated in this agreement and the appendix hereto. The facility is granted to finance the Borrower's business activities.

**Facility amount**                                        USD 150,000,000.-- ( was USD 80,000,000,--)

**Overdraft Facility**

The overdraft facility is to be used as margin facility, up to USD 10,000,000,--.

The Borrower may draw under the Overdraft Facility and the Margin Facility, subject of course to the credit limit, up to the sum of:

1. Import Letters of Credit opened by ABN AMRO:
   **Advance rate 100%** of the c&f purchase value including hedging margin (if applicable) **(amendment)**
2. Floating goods and/or goods stored at the Aqaba terminal of Solvochem Holland B.V. and of National Trading & Investment Group Ltd.:
   **Advance rate: 100%** of the c&f purchase value including hedging margin (if applicable) **(amendment)**
3. receivables (not older than 90 days) on Defense Energy Support Center (DESC):
   **Advance rate: 100%** of the invoice value **(amendment)**
4. Back-to-back transactions:
   **Advance rate: 100%** of the Import Letter of Credit to be opened by ABN AMRO after receipt of an Export Letter of Credit acceptable to ABN AMRO **(amendment)**

In relation to this advance financing arrangement, the Borrower shall send ABN AMRO every week (i) an itemised list of his stocks and (ii) an itemised list of the receivables on DESC. ABN AMRO reserves the right to change the interval at which these documents must be submitted at any time. Within the overall borrowing base ABN AMRO reserves an amount equal to unpaid storage and/or handling costs of Solvochem Holland B.V. and/or National Trading and Investment Groep Ltd.

**Margin Facility:**

The margin facility is available to cover the (initial and variation) margin requirements related to the hedging of goods financed by ABN AMRO. **(amendment)**

In case the pricerisk is hedged through a broker acceptable to ABN AMRO, the Margin Facility is available after a Tripartite agreement is signed between the Borrower, ABN AMRO and the Broker with respect to the transactions hedged or to be hedged.

ABN AMRO Bank N.V., gevestigd te Amsterdam
Handelsregister K.v.K. Amsterdam nr 33002587
BTW-nummer NL 00 36 27 144 B01

## Rates and charges

*Overdraft facility*
*USD:*
- Current debit interest rate                     6,13 % per annum
  which is made up of:
    - 1-month LIBOR                               5,13 % per annum (minimum)
    - individual margin                           1,00 % per annum

The interest rate to be paid on debit balances in United States dollars up to the agreed limit of the overdraft facility will be determined by ABN AMRO at a basic rate plus an individual margin of 1,00% per annum. The basic rate will be equal to the one-month LIBOR rate for United States dollars published by the British Bankers Association on the penultimate business day of the month and will apply from the last calendar day of the month of publication up to and including the penultimate calendar day of the next month. The basic rate will be published in various places, including on the website www.abnamro.nl/vvrekening. ABN AMRO may alter the interest rate at any time if conditions in the money market change.

- Facility fee                          0,125% per quarter
- Amendment fee                         0,15%
- Legal costs (50% of the actual costs)  USD 20,000,--

The facility fee is calculated over the total facility amount and will be charged three-monthly.
The amendment fee will be charged after this Credit Agreement has been signed.

## Security and covenants

- Independent Corporate guarantee of USD 150,000,000.= from International Oil Trading Company LLC residing at Boca Raton, Florida and International Oil Trading FZCO residing at Dubai in form and substance in conformity with the enclosed speciman. **(amendment)**
- Pledge of receivables of International Oil Trading Company, LLC.
- Pledge of stocks and/or documents of title and/or sales contracts and/or receivables and/or export Letters of Credit.
- Pledge of stocks according to Jordanian law.
- Tripartite agreement between the Borrower, ABN AMRO and Solvochem Holland B.V. confirming that the goods stored in Joran in the name of the Borrower are pledge to ABN AMRO. This agreement will form an integral part of the Credit Agreement.
- Tripartite agreement between the Borrower, ABN AMRO and National Trading & Investment Group Ltd. confirming that the goods stored in Jordan in the name of the Borrower are pledged to ABN AMRO. This agreement will form an integral part of the Credit Agreement. **(new)**
- Registration of the security interest (so called 'UCC-1 filing')
- Assignment of the contract between the International Oil Trading Company, LLC and DESC to ABN AMRO including the acknowledgement of the Assignment by DESC.
- As security for the prompt payment and performance of the obligations owed by International Oil Trading Company LLC to ABN AMRO in full when due, whether at stated maturity, by acceleration or otherwise, International Oil Trading Company LLC hereby pledges, grants, transfers, and assings to the ABN AMRO, a security interest in all of International Oil Trading Compnay LLC's right, title, and interest in and to the receivables. **(new)**
- Pledge of proceeds under the Borrower's marine insurance policy. A "loss payable and notice of cancellation clause"-form will have to be signed by the Borrower. ABN AMRO has to receive a copy of the policy, which has to be acceptable to ABN AMRO. **(amendment)**



- Pledge of a fixed rate deposit of at least USD 15,000,000.--. ( **amendment**)
- To the extent the Borrower is not already obliged to do so on any other basis, the Borrower hereby further undertakes to provide ABN AMRO with the following security as security for the obligations referred to in 1.3.1 of the ABN AMRO General Credit Provisions:
    - a right of pledge on all assets referred to in Article 18 of the General Banking Conditions of ABN AMRO.
    In order to effectuate the above, the Borrower hereby pledges to ABN AMRO, to the extent not already pledged to ABN AMRO in accordance with Article 18 of the General Banking Conditions of ABN AMRO, the present and future debts owing – as regards future debts, the pledge being made in advance – by ABN AMRO to the Borrower as security as stated above. The Borrower hereby grants ABN AMRO a power of attorney to pledge these debts, at any time and repeatedly, to itself on behalf of the Borrower. This power of attorney is unconditional and irrevocable.
    ABN AMRO hereby accepts the above right of pledge. This Credit Agreement constitutes a notice of this pledge to ABN AMRO.

### Other provisions

- The Borrower shall do the utmost to solve the discrepancies in the (legal) documentation at short notice.
- The Import letter of credit will be convenient to ABN AMRO; amongst others an import letter of credit has to contain a clause that the oil products have to be discharged at the port of Aqaba for loading in the tanks of the Solvochem-group or National Trading and Investment group Ltd. (**new**)
- The Borrower will consult ABN AMRO in advance about any substantial investments he intends to make.
- The tenor of the transactions has to fit within the duration of the contract of International Oil Trading Company LLC with DESC.
- The storage and transport insurance policy must be acceptable to ABN AMRO.
- An independent surveyor, acceptable to ABN AMRO, will have access to the terminals in Aqaba at any time, to be able to inspect the inventory and the logistical process. (**new**)
- In case of back-to-back transactions each transaction must be presented to ABN AMRO beforehand.
- The Borrower shall promptly notify ABN AMRO of any intended change of management.
- The Borrower will as far as possible lead his incoming and outgoing payments through ABN AMRO.
- Within the scope of this Credit Agreement the Borrower can use the facility to do transactions with countries and/or companies outside the Netherlands which are not mentioned in the Sanction list of the USA and European Union.
- The pricerisk will as much as possible be hedged. (**new**)
- Annualy, however ultimately 6 months after the bookyear, ABN AMRO will receive from the Borrower the annual accounts of International Oil Trading Company LLC and International Oil Trading FZCO. (**new**)
- ABN AMRO will receive from the Borrower the annual accounts 2006 of International Oil Trading Company B.V., International Oil Trading Company LLC and International Oil Trading FZCO at the latest September 30, 2007. (**new**)
- All relations between the Borrower and ABN AMRO shall be subject to the General Banking Conditions of ABN AMRO. In addition, the credit relationship concerned shall also be subject to the ABN AMRO General Credit Provisions of July 2006, attached to this Credit Agreement. By signing this Credit Agreement the Borrower declares that he has received a copy of the General Banking Conditions and the ABN AMRO General Credit Provisions and is fully aware of the contents thereof.

ABN AMRO Bank N.V., gevestigd te Amsterdam
Handelsregister K.v.K. Amsterdam, nr. 33002587
BTW-identificatienummer NL 00.32.77.140.B01

- The following will apply in addition or contrary to the ABN AMRO General Credit Provisions:
  - The credit facility will immediately be reviewed as soon as the DESC-contract has been terminated. **(new)**

## OTC-derivatives

- ABN AMRO is prepared, until further notice, to enter into OTC-derivatives with the Borrower (hereinafter also referred to as "the Client"). However, ABN AMRO is not obliged to enter into such transactions with the Client. ABN AMRO will assess each transaction separately.
- The above-mentioned security and/or covenants also serve as security for the fulfilment of the obligations arising from derivatives transactions.
- The General Derivatives Provisions ("*Algemene Bepalingen Derivatentransacties mei 2001*") will apply to all derivatives transactions between the Client and ABN AMRO.
- In addition to article 8 of the General Derivatives Provisions ("*Algemene Bepalingen Derivatentransacties mei 2001*"), ABN AMRO may terminate one or more transactions immediately without warning or notice of default being required, and all debts owed by the Client on account of the transactions, whether or not payable, contingent or absolute, shall be payable to ABN AMRO forthwith and in full without any demand or default notice being required, in the event that the credit facility with ABN AMRO is terminated.

Rotterdam, October 8, 2007
ABN AMRO N.V.
Corporate Clients Zuid-West

...............................(place ), ..............................(date)

International Oil Trading Company B.V.

ABN AMRO Bank N.V. is gevestigd te Amsterdam

Handelsregister K.v.K. Amsterdam nr 33002943

BTW identif. nr NL 00 30 27 144 B01

# EXHIBIT 2



**INSPECTOR GENERAL**
**DEPARTMENT OF DEFENSE**
DEFENSE CRIMINAL INVESTIGATIVE SERVICE
FORT LAUDERDALE RESIDENT AGENCY
1475 W. CYPRESS CREEK ROAD, SUITE 200
FORT LAUDERDALE, FLORIDA  33309-1954

**201000579G-20FL-E3/D**                                   **February 19, 2016**

**INTERNATIONAL OIL TRADING COMPANY, LLC**, Boca Raton, FL
**ABU NABA, MUSTAFA**
**AL-SALEH, MOHAMMAD**
**GERALDSON, LARRY**
**SARGEANT, HARRY**

**OVERSEAS CONTINGENCY OPERATIONS**

**OPERATION IRAQI FREEDOM/NEW DAWN**

**CONGRESSIONAL INQUIRY (NO. 2011-107)**

**CASE TERMINATION:**



**CLASSIFICATION:**

**FOR OFFICIAL USE ONLY**
**LAW ENFORCEMENT SENSITIVE**

DCIS Form 1 MAY 2015

**WARNING**
The information in this document marked FOUO-LES is the property of the Department of Defense Inspector General and may be distributed within the Federal Government (and its contractors) to law enforcement, public safety and protection, and intelligence officials and individuals with a need to know. Distribution to other en ities without prior DoD IG authorization is prohibited. Precautions shall be taken to ensure this information is stored and destroyed in a manner that precludes unauthorized access. Information bearing the FOUO-LES marking may not be used in legal proceedings without prior authorization from the originator. Recipients are prohibited from posting information marked FOUO-LES on a website or unclassified network.

201000579G-20FL-E3/D                                                     2

This investigation is closed. No Judicial or administrative action will occur. There were no fraud vulnerabilities identified during the course of this investigation.

Prepared by: SA Caleb D. King, 20FL

X _____

Digitally signed by
K NG.CALEB DAVID.III.1054460372
DN: c=US, o=U.S. Government, ou=DoD,
ou=PKI, ou=DODIG,
cn=KING.CALEB.DAV D.III.1054460372
Date: 2016.02.19 10:24:11 -05'00'

Approved by: RAC Geoff P. Maynard, 20FL

X MAYNARD.GEOF
F.P.1260096393

Digitally signed by
MAYNARD.GEOFF P.1260096393
DN: c=US, o=U.S. Government,
ou=DoD, ou=PKI, ou=DODIG,
cn=MAYNARD.GEOFF.P.1260096393
Date: 2016.02.19 10:43:32 -05'00'

DISTR:  03RO/05IA/20FO/USACIDC, Melbourne

CLASSIFICATION:

**FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE**

DCIS Form 1 MAY 2015

WARNING
The information in this document marked FOUO-LES is the property of the Department of Defense Inspector General and may be distributed within the Federal Government (and its contractors) to law enforcement, public safety and protection, and intelligence officials and individuals with a need to know. Distribution to other en ities without prior DoD IG authorization is prohibited. Precautions shall be taken to ensure this information is stored and destroyed in a manner that precludes unauthorized access. Information bearing the FOUO-LES marking may not be used in legal proceedings without prior authorization from the originator. Recipients are prohibited from posting information marked FOUO-LES on a website or unclassified network.