# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SUPREME FUELS TRADING FZE, a
United Arab Emirates company,

      Plaintiff,

v.

HARRY SARGEANT III, a Florida citizen,

      Defendant.

_____/

Case No.: 9:23-cv-80633-CMA

## <u>DECLARATION OF HARRY SARGEANT III</u>

I, Harry Sargeant III, hereby state and declare as follows:

1. I am over the age of majority and am competent to make the statements in this declaration. The statements set forth herein are true, accurate, and based upon my personal knowledge. I provide this Declaration for use in the above-captioned case and for no other purpose. If called to testify at trial in this action, I would testify as set forth herein.

2. I am the manager of International Oil Trading Company, LLC ("IOTC USA"). I am not a member of IOTC USA.

3. IOTC USA was formed in January 2005. It is a Florida manager-managed limited liability company with its principal place of business in Palm Beach County, Florida.

4. International Oil Trading Company, Limited ("IOTC Bahamas") owns 100% of IOTC USA. I am not a shareholder of IOTC Bahamas.

5. IOTC USA was formed as a special purpose entity to transport fuel throughout the Middle East pursuant to contracts with the Defense Energy Support Center (now known as Defense Logistics Agency Energy), an agency of the United States' government. When IOTC USA was formed, it was adequately capitalized to fulfill this specific purpose.

1

6.      I did not solely control IOTC USA's bank account, and I did not comingle my money with IOTC USA's money.

7.      I was a defendant in the action styled *Supreme Fuels Trading FZE v. International Oil Trading Company, LLC, et al.*, Case No. 9:08-cv-81215 (S.D. Fla.) (the "Original Action").

8.      I relied on the Court's determination in the Original Action that there was no judgment against me in conducting my financial and business affairs for the past 13 years. Had a judgment been entered against me in the Original Action, I would have taken different actions consistent with my legal rights and obligations.

**28 U.S.C. § 1746 Declaration**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 9, 2024.

_____

Harry Sargeant III

2

4853-6171-4075.2